UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | No. 2:17-cv-02708-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

On April 18, 2019, the magistrate judge issued an order requiring Plaintiff to submit, within twenty-one days from the date of that order, the appropriate filing fee. (ECF No. 11.) On May 9, 2019, Plaintiff signed a request for reconsideration of that order.[1] (ECF No. 12.) On May 13, 2019, Plaintiff signed an amendment to his motion for reconsideration. (ECF No. 13.)

Local Rule 303(b) states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." *Id.* Therefore, Plaintiff's requests for reconsideration of the magistrate judge's order of April 18, 2019, are untimely.

///

///

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the Court deems the pleading constructively filed on the date it was signed. *Roberts v. Marshall*, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for reconsideration (ECF Nos. 12, 13) are denied; and
2. Plaintiff shall pay the appropriate filing fee within 21 days from the date of this order.

Date: August 26, 2019

Troy L. Nunley
United States District Judge